# United States Court of Appeals
## For the First Circuit

No. 21-1823

UNITED STATES OF AMERICA,

Appellee,

v.

JASIEL F. CORREIA, II,

Defendant, Appellant.

**ERRATA SHEET**

The opinion of this Court issued on November 28, 2022 is corrected as follows:

On page 52, line 21, replace "basics" with "basis".